HENRY SMITH ET AL. *v.* COMMONWEALTH.

[Abstract Kentucky Law Reporter, Vol. 3—248.]

**Criminal Law—Unlawful Gaming.**

   Pool selling is neither a wager nor a game, and the president and directors of a county fair can not be convicted of permitting a game of chance on the premises controlled by them by permitting pools to be sold on such grounds.

APPEAL FROM WARREN CIRCUIT COURT.

September 15, 1881.

OPINION BY JUDGE HARGIS:

The indictment accuses the appellants of the offense of unlawfully permitting a game of chance on premises occupied by

them and under their control, committed by knowingly permitting pools to be sold on the Warren county Fair Grounds, which were in their occupation as directors and managers of the Agricultural and Mechanical Association of that county.

It has been held that pool selling was neither a wager nor a game. *Check v. Commonwealth,* 79 Ky. 359. Therefore the acts alleged did not constitute the offense with which the appellants were charged.

Wherefore the judgment is *reversed.*

*Nat A. Porter, Rodes & Little, for appellants.*

*John M. Porter, for appellee.*